IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | C.A. No. 4:20-cv-00230-SDJ |
| v. | ) | |
| | ) | |
| BLACKBAUD, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

**PLAINTIFF SYMBOLOGY INNOVATIONS, LLC'S AND DEFENDANT
BLACKBAUD, INC.'S STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, respectfully and jointly move the Court to dismiss all of Plaintiff Symbology Innovations, LLC's claims against Defendant Blackbaud, Inc. WITH prejudice and dismiss Defendant's counterclaims against Plaintiff WITHOUT prejudice, with each party to bear its own attorneys' fees and costs. The parties submit this Stipulation to the Court of their voluntary dismissal of this action.

WHEREFORE, the parties respectfully request the Court enter an order dismissing the above-captioned action.

Stipulated:

/s/ Neil J. McNabnay
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704

/s/ Kirk Anderson
Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
Budo Law, P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002

Stipulation to Dismiss

rbonilla@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
FISH AND RICHARDSON PC
1717 Main Street Suite 5000
Dallas, Tx 75201
(214) 747-5070 (Phone)
(214) 747-2091(Fax)

(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Symbology Innovations, LLC*

*Attorney(s) for Blackbaud, Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on May 14, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/Kirk J. Anderson*
Kirk J. Anderson